### 16949. WALKER *v.* THE STATE.

BROYLES, C. J. 1. The special grounds of the motion for a new trial show no cause for a reversal of the judgment below.

2. While the evidence tending to connect the accused with the offense charged was circumstantial, this court can not say, as a matter of law, that the jury were not authorized to find that the evidence was sufficient to exclude every *reasonable* hypothesis save that of the guilt of the accused; and, the verdict of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 12, 1926.

Conviction of possessing liquor; from Fulton superior court—Judge Howard. October 10, 1925.

*F. W. Flynt, Charles J. Graham,* for plaintiff in error.

*John A. Boykin, solicitor-general, Ralph H. Pharr,* contra.